EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| CORE PHYSICIANS, LLC.<br>118 Portsmouth Avenue<br>Stratham, NH 03885 | **PERSON FILING CHARGE**<br><br>**Katherine Addie**<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>**EEOC CHARGE NO.**<br>**16D-2017-00051**<br><br>**FEPA CHARGE NO.**<br>**ED(R) 0050-17** |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[ ] Title VII of the Civil Rights Act (Title VII)   [ ] The Equal Pay Act (EPA)   [X] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)   [ ] The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____
*(FEP Agency)*

[X] The **New Hampshire Commission for Human Rights** and sent to EEOC for dual filing purposes.
*(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [X] Disability  [X] Retaliation  [ ] Genetic Information  [ ] Other

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **January 18, 2017** | **Kevin J. Berry,**<br>**District Director** | |

Case 1:19-cv-01225-LM Document 1-1 Filed 12/12/19 Page 2 of 3



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA<br>[X] EEOC | ED(R) 0050-17<br>16D-2017-00051 |

RECEIVED JAN 18 2017 NH COMMISSION FOR HUMAN RIGHTS

**New Hampshire Commission for Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Katherine Addie | (603) 244-5433 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 20 Hollywood Avenue | Raymond, NH 03077 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CORE PHYSICIANS, LLC<br>D/B/A CORE PHYSICIAN SERVICES | 201 - 500 | (603) 778-1620 |

| Street Address | City, State and ZIP Code |
|---|---|
| 118 Portsmouth Avenue | Stratham, NH 03885 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Exeter Health Resources, Inc. | 201 - 500 | (603) 778-7311 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7 Holland Way | Exeter, NH 03833 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[X] OTHER (Specify) RSA 354-A

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-04-2016  Latest: 11-03-2016
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I am a disabled person.
2. Core Physicians hired me on or about 11/1/2004 as a full time Certified Medical Assistant at its Stratham, New Hampshire location.
3. My reviews have generally been above average.
4. On 6/2/16, I began medical leave.
5. I returned to work on approximately 6/14/16.
6. On 8/2/16, I fell and injured myself at work while assisting an ill patient.
7. I provided a doctor's note requiring physical therapy for me to recover from the injury.
8. I scheduled physical therapy appointments as early or late in the day as possible to minimize time away from work.
9. On 8/22/16, I became ill at home and required medical attention.
10. I worked the three subsequent days.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01/14/2017  *Katherine M. Addie*
Date  Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

Exp: April 17th 2018

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
*Katherine M. Addie*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
January 14th 2017

[Notary seal: ALICIA E. CALLA, NOTARY PUBLIC, NEW HAMPSHIRE, MY COMMISSION EXPIRES APR 17 2018]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | ED(R) 0050-17 |
| | [X] EEOC | 16D-2017-00051 |

**New Hampshire Commission for Human Rights** and EEOC
*State or local Agency, if any*

11. On 8/26/16, I began medical leave.
12. I returned to work on 9/6/16.
13. On 10/4/16, I received a warning from Practice Manager Hope Libby related to refrigeration of vaccines during July 2016.
14. On 11/3/16, I received a second warning from Family Practice Manager Suzanne Ciufetti and Human Resources Manager Linda Currier for poor attendance and for failing to clock out when going to physical therapy.
15. Company policy does not mention the requirement to clock out for appointments necessitated by a work-related injury, and no one informed me this was necessary.
16. I marked that I went to physical therapy on all my time sheets.
17. An hour after receiving the warning, Ms. Ciufetti and Ms. Currier again asked to meet with me.
18. Ms. Ciufetti and Ms. Currier told me they were discharging me for fraudulently remaining clocked in while at physical therapy.
19. I assert that the employer discharged me due to the disability related absences for which I provided medical notes.
20. I further assert that the employer retaliated against me due to my request for the reasonable accommodation of necessary medical absences.
21. I have and continue to suffer damages, including but not limited to lost wages, lost earning capacity, lost employment benefits, emotional distress, humiliation, inconvenience, and loss of enjoyment of life. I seek all damages to which I am entitled.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01/14/2017 — *Katherine M. Addo*
Date / Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
January 14th 2017