UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Katherine Addie,
    Plaintiff

v.                                                        Civil Case No. 1:18-CV-_____

Core Physicians, LLC
d/b/a Core Physician Services
and Exeter Health Resources, Inc.,
    Defendants

**NOTICE OF FILING OF NOTICE OF REMOVAL TO PLAINTIFF'S COUNSEL**

TO:    Keri J. Marshall, Esq.
           Marshall Law Office
           47 Depot Road
           East Kingston, NH 03827

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, Defendants, CORE PHYSICIANS, LLC d/b/a CORE PHYSICIAN SERVICES and EXETER HEALTH RESOURCES, INC., by and through their attorneys, JACKSON LEWIS P.C., have this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

                                                    Respectfully Submitted,
                                                    CORE PHYSICIANS, LLC d/b/a
                                                    CORE PHYSICIAN SERVICES and
                                                    EXETER HEALTH RESOURCES, INC.,
                                                    By their attorneys,
                                                    JACKSON LEWIS P.C.,

Date:  December 12, 2019              By:    /s/Debra Weiss Ford_____
                                                          Debra Weiss Ford, NH Bar #2687
                                                          100 International Drive, Suite 363
                                                          Portsmouth, NH 03801
                                                          603.559.2727
                                                          debra.ford@jacksonlewis.com