THE STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                                                                   SUPERIOR COURT

218-2019-CV-01698

Katherine Addie

v.

Core Physicians, LLC d/b/a Core Physician Services
and
Exeter Health Resources, Inc.

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, Defendants, CORE PHYSICIANS, LLC d/b/a CORE PHYSICIAN SERVICES and EXETER HEALTH RESOURCES, INC., by and through their attorneys, JACKSON LEWIS P.C., have this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

                                                           Respectfully Submitted,
                                                           CORE PHYSICIANS, LLC d/b/a
                                                           CORE PHYSICIAN SERVICES and
                                                           EXETER HEALTH RESOURCES, INC.,
                                                           By their attorneys,
                                                           JACKSON LEWIS P.C.,

Date:   December 12, 2019                              By:     /s/Debra Weiss Ford
                                                                              Debra Weiss Ford, NH Bar #2687
                                                                              100 International Drive, Suite 363
                                                                              Portsmouth, NH 03801
                                                                              603.559.2727
                                                                              debra.ford@jacksonlewis.com

<u>Certificate of Service</u>

      I hereby certify that copies of the foregoing were this day served, via email and the court's electronic filing system, on Keri J. Marshall, Esq., counsel for Plaintiff.

Date:  December 12, 2019        By:   <u>/s/Debra Weiss Ford</u>
                                                          Debra Weiss Ford